HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAUL REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:20-po-00362 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| RAUL REYES, | Date: January 27, 2021<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Helena M. Barch-Kuchta |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Raul Reyes, hereby stipulate and jointly move this Court to continue Mr. Reyes's status conference from January 12, 2021 to January 27, 2021.

Mr. Reyes requires documents from the government of Oaxaca, Mexico in order to resolve this case. Due to COVID restrictions, the government office in Oaxaca remains closed. Mr. Reyes requests additional time to procure the correct documents. If Mr. Reyes is unable to procure the documents by January 27, 2021, he will appear by for his initial appearance, with the assistance of an interpreter.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR SCOTT<br>United States Attorney |
| Dated:  January 8, 2021 | */s/ Sean Anderson*<br>SEAN ANDERSON<br>Assistant U.S. Attorney |
| Dated:  January 8, 2021 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAUL REYES |

### O R D E R

For good cause shown, the court approves the stipulation [5] and the status conference is continued to January 27, **2021 at 10:00 A.M**. in case 6:20-po-00362 JDP.

IT IS SO ORDERED.

Dated:   January 9, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE